FILED

NOV 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michelle McCray

v.
DAVID KOHLASCH, ETAL
Flik International

CASE NUMBER 1:05CV02264

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 11/21/2005

# PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Local rule ("LCvR") 83.11(a)(4)(B), I request that the court appoint Plaintiff an attorney for this case.

Plaintiff has been searching for an attorney since 2004 to assist in this process. Plaintiff has physically met with two attorneys since 2004 but has been in contact with over 40 Law Offices. The reason has mostly been the attorneys don't have the time for this case because they are booked up. For some organizations this case is too complex for their staff to handle. Some have been very expensive for Plaintiff to even consider. I have received offers for assistance for a flat fee of $10,000.00 with a $3,000.00 deposit after two weeks of meeting with the attorney. I have no assets, my checking account is currently $ 900.00 and my savings account is $135.00. I currently earn $846.47 every two weeks. I currently assist with expenses for the house including groceries for 4 people, and paying $70.00/month in car insurance. I am also paying off my student loans in the amount of $145.53/month. My mom and I currently have joint custody of my brother's children which we weekly spend money on to ensure they have the proper items including food, clothes, and educational products to increase their learning.

In conclusion, financially Plaintiff does not have the money to pay out to an attorney that may be required for this case. Plaintiff's success in finding an attorney who is willing to take on this case for an amount Plaintiff can afford has been unsuccessful. Plaintiff never asked to be treated unfairly but has always been told if you stand for nothing you'll fall for anything. Plaintiff's rights has been unfairly violated and the only thing Plaintiff seeks is to make sure that the company recognizes the type of individuals they hired within their company. Plaintiff does not know how to legally represent herself in a case such as this. Plaintiff knows if an attorney is granted this case will be heard successfully. It will help Plaintiff to help others who have fallen victim stand for their rights and help decrease civil rights violations in the workplace.

See attached responses received from Law Offices.

2

Plaintiff is agreeable to any other reason the court deems appropriate toward granting appropriate counsel.

Accordingly, Plaintiff respectfully request the court to appoint counsel for these proceedings.

Respectfully Submitted,

Michelle McCray

Michelle McCray
1705 Seaton Street NW
Washington, DC

Date: 11/18/05

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for Appointment of Counsel has been served by first class mail this ____________ day of ___________________, 2005 on:

Flik International
800 Florida Avenue NE
Washington, DC 20002

WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS

September 21, 2005

Michelle McCray
1705 Seaton Street, NW
Washington, DC 20009

Dear Ms. McCray:

Thank you for contacting the Washington Lawyers' Committee for Civil Rights and Urban Affairs. By this letter, we acknowledge receipt of your request for legal representation. In the near future, we will investigate your claim in order to determine whether we can provide you with the legal assistance you are requesting. Please keep the following points in mind while we make this determination.

First, all communication between you and the staff of the Washington Lawyers' Committee will be treated as confidential, and so we ask for your complete candor throughout the investigative process.

Second, please understand that during this time, we may ask for further information in order to help us evaluate your claim. We request that you respond as promptly as you can, in order to facilitate this process.

Third, if there is a determination that the Washington Lawyers' Committee is able to offer you legal assistance, you will be clearly informed at that time. Unless and until you receive a formal offer of representation from us, please do not assume that we represent you or list the Washington Lawyers' Committee as your representative on any forms or legal documents. **Please note that unless you are clearly notified in writing otherwise, you remain responsible for complying with all deadlines relating to your claim.**

Finally, we will review your claim as quickly as possible. Please keep in mind, however, that the Washington Lawyers' Committee is a nonprofit organization that operates with a very small staff and limited resources and we receive many requests for assistance each day.

Therefore, we may not be able to review your claim immediately. It takes time to review each claim thoroughly and carefully and we will do so as quickly as we can.

Thank you for your cooperation. We look forward to talking with you further.

05 2264

Sincerely,

Jasmine Miller
Paralegal
Equal Employment Opportunity Project

FILED

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11 DUPONT CIRCLE, NW • SUITE 400 • WASHINGTON, DC 20036
(202) 319-1000 (VOICE) (202) 319-1010 (FAX) (202) 319-1075 (TDD)
www.washlaw.org wlc@washlaw.org

**WIGGINS, CHILDS, QUINN & PANTAZIS, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, DC 20036
TELEPHONE (202) 467-4123
FACSIMILE (202) 467-4489

October 7, 2005

**Via U.S. Priority Mail**
Michelle McCray
1705 Seaton St, NW
Washington, DC 20009

*Re:* *McCray v. Compass Group*

Dear Mrs. McCray:

Thank you for communicating with this law firm regarding your employment experiences with Compass Group. Unfortunately, Wiggins, Childs, Quinn & Pantazis will be unable to represent you in your claims.

You may try calling the District of Columbia Bar Association (202-737-4700) and they may be able to refer you to an attorney that can help you.

We express no opinions regarding the merits of your claim and wish you the best of luck should you decide to pursue your claims. We would remind you that should you decide to pursue your claim you must file suit within 90 days of receipt of the Notice of Right-To-Sue.

Sincerely,

Lori B. Kisch

THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, AL 35203
(205) 328-0640

7 DUPONT CIRCLE, N.W.
SUITE 200
WASHINGTON, D.C. 20036
(202) 467-4123

**SANFORD, WITTELS & HEISLER, LLP**
2121 K Street, N.W., Suite 700
Washington, D.C. 20037
Direct Dial: (202) 942-9124
Fax: (202) 628-8189
E-Mail: dsanford@nydclaw.com
www.nydclaw.com

18 Half Mile Road
Armonk, NY 10504
(914) 273-7314
Fax: (914) 273-2563

545 5th Avenue, Suite 960
New York, NY 10017
(646) 723-2947
Fax: (646) 723-2948

440 West Street
Fort Lee, NJ 07024
(201) 585-5288
Fax: (201) 585-5233

August 5, 2005

**VIA U.S. MAIL**
Ms. Michelle McRay
1705 Seaton St. NW
Washington, DC 20009

***Re: Discrimination Claims Against Flik International***

Dear Ms. McRay:

Thank you for contacting our firm regarding your experiences. Unfortunately, Sanford, Wittels & Heisler, LLP will be unable to represent you in your claims against Flik International. After evaluating your case, we have determined that we would be unlikely to satisfy the legal burden of proof applicable to a case such as yours.

As you know, you are free to pursue your claims on your own or with other counsel. You may also seek another opinion on your claims, as it is possible that other attorneys may not share in our analysis of your situation.

We wish you the best of luck in your pursuit of your claims.

Very truly yours,

David Sanford