**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHELLE MCCRAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-2264 (RCL)** |
| | ) | |
| **DAVID KOHLASCH et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

The complaint herein was filed on November 21, 2005. Plaintiff's motion to appoint counsel was denied on November 28, 2005.

Plaintiff has taken no steps to prosecute this case since that time. Proof of service has never been filed.

This case is hereby dismissed, *sua sponte*, without prejudice for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.